[Nos. 13790-2-III;    Division Three.    September 26, 1995.]
13791-1-III.

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY
W. COLBY, *Appellant*.

Appeal from a judgment of the Superior Court for
Stevens County, Nos. 93-8-00087-1, 93-8-00071-5, Fred L.
Stewart, J., entered January 10, 1994. *Affirmed* by unpub-
lished opinion per Schultheis, J., concurred in by Sweeney,
A.C.J., and Munson, J.


[No. 13970-1-III.    Division Three.    September 26, 1995.]

JUSTIN D. WILSON, *Appellant*, v. JEFFREY A.
CRAWFORD, *Defendant*, HANS E. HANDWERK, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 92-2-02198-1, Willard Zellmer, J. Pro
Tem., entered March 17, 1994. *Reversed* by unpublished
opinion per Thompson, C.J., concurred in by Munson and
Sweeney, JJ.


[No. 14162-4-III.    Division Three.    September 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
COWING GOSS, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-1-00736-2, Tari Eitzen, J., entered
July 7, 1994. *Affirmed* by unpublished opinion per Thomp-
son, C.J., concurred in by Sweeney and Schultheis, JJ.